No. 240. ANDERSON ET AL. *v*. NORTHERN STATES CONTRACTING CO. ET AL.;

No. 241. BROWN ET AL. *v.* SWORDS-MCDOUGAL CO. ET AL.; and

No. 242. KNOX ET AL. *v.* MASSACHUSETTS BONDING & INSURANCE CO.

Decided November 7, 1938. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. MR. JUSTICE BUTLER took no part in the consideration or decision of these cases. *Messrs. J. A. Edge, Paul B. Cromelin,* and *Francis C. Brooke* for appellants. *Messrs. Richard C. Stoll, Wallace Muir, James Park,* and *Seth W. Richardson* for appellees in No. 240. *Mr. Rodman W. Keenon* for appellees in Nos. 241 and 242. Reported below: 271 Ky. 140; 111 S. W. 2d 610.